B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>401 Properties Limited Partnership | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>36-3914311 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>401 S. LaSalle Street, Suite 203<br>Chicago, IL<br>ZIP Code 60605 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): 401 Properties Limited Partnership |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | 401 Properties Limited Partnership |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X**  /s/ Peter J. Roberts
Signature of Attorney for Debtor(s)

Peter J. Roberts 6239025
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

December 18, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Michael B. Horrell
Signature of Authorized Individual

Michael B. Horrell
Printed Name of Authorized Individual

Authorized Agent of General Partner
Title of Authorized Individual

December 18, 2014
Date

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | 401 Properties Limited Partnership |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
Signature of Attorney*

Signature of Attorney for Debtor(s)

Peter J. Roberts 6239025
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151 Fax: 312-980-3888
Telephone Number

12-18-14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Michael B. Horrell
Printed Name of Authorized Individual

Authorized Agent of General Partner
Title of Authorized Individual

12-18-14
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: 401 Properties Limited Partnership                Case No.
                                      Debtor(s)          Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Schindler Elevator Company<br>100 S. Wacker Dr. Ste. 1250<br>Chicago, IL 60606 | Schindler Elevator Company<br>100 S. Wacker Dr. Ste. 1250<br>Chicago, IL 60606 | | | 69,539.75 |
| Rock, Fusco & Connelly, LLC<br>321 N. Clark St. #2200<br>Chicago, IL 60654 | Rock, Fusco & Connelly, LLC<br>321 N. Clark St. #2200<br>Chicago, IL 60654 | | | 51,755.91 |
| CNA Insurance<br>333 S. Wabash Ave.<br>Chicago, IL 60604 | CNA Insurance<br>333 S. Wabash Ave.<br>Chicago, IL 60604 | | | 19,250.46 |
| United States Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | United States Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | | | 11,700.00 |
| City of Chicago, Department of Revenue<br>8034 Innovation Way<br>Chicago, IL 60682 | City of Chicago, Department of Revenue<br>8034 Innovation Way<br>Chicago, IL 60682 | | | 9,654.00 |
| Suburban Elevator Company<br>130 Prairie Lake Rd. Unit D<br>East Dundee, IL 60118 | Suburban Elevator Company<br>130 Prairie Lake Rd. Unit D<br>East Dundee, IL 60118 | | | 6,297.00 |
| O'Keefe, Lyons & Hynes<br>30 N. LaSalle St. #4100<br>Chicago, IL 60602 | O'Keefe, Lyons & Hynes<br>30 N. LaSalle St. #4100<br>Chicago, IL 60602 | | | 2,937.70 |
| Chicago Historic Cleaning<br>401 S. LaSalle St. Ste. 203<br>Chicago, IL 60605 | Chicago Historic Cleaning<br>401 S. LaSalle St. Ste. 203<br>Chicago, IL 60605 | | | 2,570.26 |
| Chicago Historic Realty<br>401 S. LaSalle St. Ste. 203<br>Chicago, IL 60605 | Chicago Historic Realty<br>401 S. LaSalle St. Ste. 203<br>Chicago, IL 60605 | | | 1,863.84 |
| C.L. Doucette, Inc.<br>3610 S. Morgan St. #1<br>Chicago, IL 60609 | C.L. Doucette, Inc.<br>3610 S. Morgan St. #1<br>Chicago, IL 60609 | | | 1,773.25 |
| City of Chicago, Department of Buildings<br>120 N. Racine Ave.<br>Chicago, IL 60607 | City of Chicago, Department of Buildings<br>120 N. Racine Ave.<br>Chicago, IL 60607 | | | 1,145.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  401 Properties Limited Partnership                    Case No. _____

　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | | 1,079.93 |
| Chicago Title Land Trust Company<br>10 S. LaSalle St. Ste. 2750<br>Chicago, IL 60603 | Chicago Title Land Trust Company<br>10 S. LaSalle St. Ste. 2750<br>Chicago, IL 60603 | | | 1,000.00 |
| Waste Management<br>700 E. Butterfield Rd. 4th Floor<br>Lombard, IL 60148 | Waste Management<br>700 E. Butterfield Rd. 4th Floor<br>Lombard, IL 60148 | | | 944.90 |
| Comcast<br>P.O. Box 3001<br>Southeasthern, PA 19398-3001 | Comcast<br>P.O. Box 3001<br>Southeasthern, PA 19398-3001 | | | 514.16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the Authorized Agent of General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 18, 2014                 Signature  /s/ Michael B. Horrell
　　　　　　　　　　　　　　　　　　　　　　　　Michael B. Horrell
　　　　　　　　　　　　　　　　　　　　　　　　Authorized Agent of General Partner

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07) - Cont.

In re   401 Properties Limited Partnership                               Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | ComEd P.O. Box 6111 Carol Stream, IL 60197-6111 | | | 1,079.93 |
| Chicago Title Land Trust Company 10 S. LaSalle St. Ste. 2750 Chicago, IL 60603 | Chicago Title Land Trust Company 10 S. LaSalle St. Ste. 2750 Chicago, IL 60603 | | | 1,000.00 |
| Waste Management 700 E. Butterfield Rd. 4th Floor Lombard, IL 60148 | Waste Management 700 E. Butterfield Rd. 4th Floor Lombard, IL 60148 | | | 944.90 |
| Comcast P.O. Box 3001 Southeasthern, PA 19398-3001 | Comcast P.O. Box 3001 Southeasthern, PA 19398-3001 | | | 514.16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Agent of General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   12-18-14                           Signature   _____
                                                      Michael B. Horrell
                                                      Authorized Agent of General Partner

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
401 LaSalle General Partners LLC
401 S LaSalle St, Ste 203
Chicago, IL 60605


401 LaSalle Lenders
401 S. LaSalle St.
Chicago, IL 60605


401 LaSalle Lenders
401 S. LaSalle St. Ste. 203
Chicago, IL 60605


401 Properties, Inc.
c/o Leon Greeblatt
330 S Wells, Ste 718
Chicago, IL 60606


ABM Janitorial Services - Midwest
c/o CT Corporation, Reg Agent
208 S LaSalle St, Ste 814
Chicago, IL 60604


Andrew Jahelka
2736 Woodmere Dr
Darien, IL 60561


Arclight Securities LLC
401 S. LaSalle St. Ste. 1500
Chicago, IL 60605


Aura Real Estate and Management Inc
401 S LaSalle Street #203
Chicago, IL 60605


Axis Capital Management, Inc.
401 S. LaSalle St. Ste. 1305
Chicago, IL 60605


Brad Cohen and Rob Linden
401 S. LaSalle St. Ste. 204
Chicago, IL 60605
```

Bridgeview Bank Group as Trustee
utad 9/16/10  trust no. 1-3432
7940 S. Harlem
Bridgeview, IL 60455


BZB Enterprises
401 S. LaSalle St. Ste. 1403
Chicago, IL 60605


C.L. Doucette, Inc.
3610 S. Morgan St. #1
Chicago, IL 60609


Chicago Historic Cleaning
401 S. LaSalle St. Ste. 203
Chicago, IL 60605


Chicago Historic Realty
401 S. LaSalle St. Ste. 203
Chicago, IL 60605


Chicago Institute of Investments
401 S. LaSalle St. Ste. 1300
Chicago, IL 60605


Chicago Title Land Trust Company
10 S. LaSalle St. Ste. 2750
Chicago, IL 60603


City of Chicago
c/o Susana Mendoza, City Clerk
121 N LaSalle St, Room 107
Chicago, IL 60602


City of Chicago Dept of Water Mgmt
c/o Thomas Powers, PE, Commissioner
333 S State St.
Chicago, IL 60602


City of Chicago, Department of Buildings
120 N. Racine Ave.
Chicago, IL 60607

City of Chicago, Department of Revenue
8034 Innovation Way
Chicago, IL 60682


CNA Insurance
333 S. Wabash Ave.
Chicago, IL 60604


Cogent Communications, Inc.
401 S. LaSalle St. Ste. 309
Chicago, IL 60605


Coho Capital, LP
c/o Registered Agent Solutions, Inc
1679 S DuPont Hwy, Ste 100
Dover, DE 19901


Comcast
P.O. Box 3001
Southeasthern, PA 19398-3001


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Commuter Rail Division c/o Metra
401 S. LaSalle St. Ste. 1700
Chicago, IL 60605


Cook County Treasurer
P.O. Box 805438
Chicago, IL 60680-4116


David Berrardo
DiMascio & Berrardo
1901 Avenue of the Stars, Suite 931
Los Angeles, CA 90067


Dianne Dimascio
DiMascio & Berardo
1901 Avenue of the Stars, Ste 931
Los Angeles, CA 90067

```
DIVA Finance Corporation
co David Berardo, Reg Agent
1901 Avenue of the Stars, Ste 931
Los Angeles, CA 90067


Douglas L. LeFevre & Company, C.P.A.
401 S. LaSalle St. Ste. 901
Chicago, IL 60605


Elemento L2, LLC
401 S. LaSalle St. Ste. 1501
Chicago, IL 60605


Elemento L2, LLC
401 S. LaSalle St. Ste. 1502
Chicago, IL 60605


Eric Jansen
Chicgo Real Estate Resources, Inc.
205 N. MIchigan Ave, Suite 2950
Chicago, IL 60601


EZ Links Golf, Inc
401 S. LaSalle St. Ste. 302
Chicago, IL 60605


EZ Links Golf, Inc.
401 S. LaSalle St. Ste. 402
Chicago, IL 60605


EZ Links Golf, Inc.
401 S. LaSalle St. Ste. 404
Chicago, IL 60605


EZ Links Golf, Inc.
401 S. LaSalle St. Ste. 500
Chicago, IL 60605


Fast Markets, Inc.
401 S. LaSalle St. Ste. 605
Chicago, IL 60605
```

```
Fortuna Asset Management, LLC
c/o Karen B Brenner Regis Agent
300 Bristol Street North, Ste 100
Newport Beach, CA 92660


Fortuna Stream LP
1300 BRISTOL STREET NORTH, STE. 100
Newport Beach, CA 92660


GlobalRisk Corporation
401 S. LaSalle St. Ste. 301
Chicago, IL 60605


Grami
401 S. LaSalle St. Ste. 101
Chicago, IL 60605


Great Arc, LLC
401 S. LaSalle St. Ste. 1005
Chicago, IL 60605


Housing Choice Partners of Illinois
401 S. LaSalle St. Ste. 1101
Chicago, IL 60605


ILLINOIS DEPARTMENT OF EMP SECURITY
BENEFIT PAYMENT CONTROL DIV
PO BOX 4385
CHICAGO, IL 60680


Illinois Department of Revenue
Bankrupcty Section
PO Box 64338
Chicago, IL 60644-0338


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jay Schiff
401 S. LaSalle St. Ste. 705
Chicago, IL 60605
```

```
Jexet Technologies
401 S. LaSalle St. Ste. 1203
Chicago, IL 60605


John J. Kiely, PC
401 S. LaSalle St. Ste. 606
Chicago, IL 60605


Lakeshore Securities, LP
401 S. LaSalle St. Ste. 1000
Chicago, IL 60605


Lakeshore Securities, LP
401 S. LaSalle St. Ste. 1002
Chicago, IL 60605


Legacy RE,Ltd.c/o Lawrence Benjamin
Neal Gerber Eisenberg
2 N. LaSalle St, Suite 1700
Chicago, IL 60602


LEK Securities Corp.
401 S. LaSalle St. Ste. 902
Chicago, IL 60605


Leslie Jabine
2350 N Lincoln Park West
Chicago, IL 60614


LOOP CHIC LLC
401 S. LaSalle St. Ste. 800
Chicago, IL 60605


LOOP CHIC LLC
401 S. LaSalle St. Ste. 1200
Chicago, IL 60605


LOOP CHIC LLC
401 S. LaSalle St. Ste. 1600
Chicago, IL 60605


Loop Chic, LLC
401 S. LaSalle St. Ste. 700
Chicago, IL 60605
```

```
Loop Chic, LLC
401 S. LaSalle St. Ste. 1302
Chicago, IL 60605


LR Office Properties LP
350 W Hubbard #400
Chicago, IL 60610


LUBAVITCH CHABAD OF THE LOOP
401 S. LaSalle St. Ste. 9-770
Chicago, IL 60605


Maum Meditation House of Truth
401 S. LaSalle St. Ste. 900
Chicago, IL 60605


O'Keefe, Lyons & Hynes
30 N. LaSalle St. #4100
Chicago, IL 60602


Options Reseach and Technology
401 S. LaSalle St. Ste. 1306
Chicago, IL 60605


Pacor Mortgage Corp.
401 S. LaSalle St. Ste. 201
Chicago, IL 60605


Partners for Sacred Places
401 S. LaSalle St. Ste. 1100
Chicago, IL 60605


Peggy and Steve Fossett Foundation
401 S. LaSalle St. Ste. 200
Chicago, IL 60605


Pepi Corporation c/o Alonti
401 S. LaSalle St. Ste. 100
Chicago, IL 60605


Ralph G. Moore & Associates
401 S. LaSalle St. Ste. 1401
Chicago, IL 60605
```

Reliance Globalcom Services, Inc.
401 S. LaSalle St. Ste. 409
Chicago, IL 60605


Rock Solid Gelt Limited
c/o Lawrence Benjamin/Neal Gerber
2 N LaSalle St, Suite 1700
Chicago, IL 60602


Rock, Fusco & Connelly, LLC
321 N. Clark St. #2200
Chicago, IL 60654


ROLJ Family Limited Partnership
3120 Heritage Oaks
Oak Brook, IL 60521


Schindler Elevator Company
100 S. Wacker Dr. Ste. 1250
Chicago, IL 60606


SG Cap Trading, LLC
401 S. LaSalle St. Ste. 703
Chicago, IL 60605


Siella Imaging, LLC
401 S. LaSalle St. Ste. 1001
Chicago, IL 60605


Sound Physicians
401 S. LaSalle St. Ste. 1001A
Chicago, IL 60605


Steel Eyed Management Corp.
330 S. Wells St. Ste. 711
Chicago, IL 60605


Studio SYM Design
401 S. LaSalle St. Ste. 1201
Chicago, IL 60605


Suburban Elevator Company
130 Prairie Lake Rd. Unit D
East Dundee, IL 60118

```
Thomas J Dwyer & Associates
401 S. LaSalle St. Ste. 606
Chicago, IL 60605


Titan Regulation
401 S. LaSalle St. Ste. 702
Chicago, IL 60605


United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0039


Verizon Portfolio Management
401 S. LaSalle St. Ste. 401
Chicago, IL 60605


Waste Management
700 E. Butterfield Rd. 4th Floor
Lombard, IL 60148


Weissberg & Associates, Ltd
401 S. LaSalle St. Ste. 403
Chicago, IL 60605


Worker's Law Office
401 S. LaSalle St. Ste. 1400
Chicago, IL 60605


Youngman & Associates, Inc.
401 S. LaSalle St. Ste. 1003
Chicago, IL 60605
```