UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>401 PROPERTIES LIMITED PARTNERSHIP,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 14-44983<br><br>Chapter: 11<br><br>Honorable Jacqueline Cox |

**FINAL ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS DEBTOR'S BANKRUPTCY COUNSEL AND ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First and Final Fee Application (the "Application") (capitalized terms not defined herein shall have the meaning ascribed to them in the Application) of Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") requesting the entry of a final order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6) and 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of professional services rendered and actual expenses incurred by Shaw Fishman as general bankruptcy counsel to 401 Properties Limited Partnership (the "Debtor") for the period beginning December 18, 2014 through and including May 5, 2016 (the "Application Period"); the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; proper notice having been given; and there being no sustainable objection to the requested relief, it is hereby ORDERED:

1. The Application is allowed in its entirety.

2. Notice of the Application as provided for therein is sufficient.

3. Shaw Fishman is allowed $272,940.00 in compensation and $5,199.32 in expense reimbursement, on a final basis, for services provided to the Debtor during the Application Period.

4. Shaw Fishman is authorized to apply the Advance Retainer and the Postpetition Retainers (totaling $100,311.00) towards its allowed compensation and expense reimbursement.

5. The Debtor is ordered and directed to pay Shaw Fishman the amount of $177,828.32 for the balance of its allowed compensation and expense reimbursement.

6. This is a final order and judgment, and it is effective immediately.

Enter:

J. Cox    *Jacqueline B. Cox*

Dated: 9-23-16

United States Bankruptcy Judge

**Prepared by:**
Peter J. Roberts (#6239025)
Shaw Fishman Glantz & Towbin LLC

Rev: 20151029_bko

321 North Clark Street, Suite 800
Chicago, Illinois  60654
P: (312) 541-0151
F: (312) 980-3888
E: proberts@shawfishman.com